# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> VIRGILIO F. ESPIN | **JUDGMENT IN A CRIMINAL CASE** <br><br> Case Number: CR No. 14-137(1) <br> USM Number: 06549-104 <br><br> AKIN ADEPOJU <br> Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1S-5S

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C § 472 | Passing and Uttering Counterfeit Obligations or Securities | 12/3/2013 | 1S |
| 18 U.S.C. § 472 | Passing and Uttering Counterfeit Obligations or Securities | 12/4/2013 | 2S |
| 18 U.S.C. § 472 | Passing and Uttering Counterfeit Obligations or Securities | 12/5/2013 | 3S |
| 18 U.S.C. § 472 | Passing and Uttering Counterfeit Obligations or Securities | 12/6/2013 | 4S |
| 18 U.S.C. § 472 | Passing and Uttering Counterfeit Obligations or Securities | 12/12/2013 | 5S |

The defendant is sentenced as provided in pages 2 through   9   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)   1-5     ☐ is   ☒ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 6, 2015
Date of Imposition of Judgment

*/s/ Maurice B. Cohill, Jr.*
Signature of Judge

Maurice B. Cohill, Jr., Senior United States District Judge
Name and Title of Judge

August 6, 2015
Date

DEFENDANT: VIRGILIO F. ESPIN
CASE NUMBER: CR14-137(1)

# PROBATION

The defendant is hereby sentenced to probation for a term of:

3 years at each of Counts 1-5 of the Superseding Indictment, to be served concurrently, for a total term of probation of 3 years.

The defendant shall not commit another federal, state or local crime.

    The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: VIRGILIO F. ESPIN
CASE NUMBER: CR14-137(1)

# ADDITIONAL PROBATION TERMS

1. The defendant shall not illegally possess a controlled substance.

2. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

3. The defendant shall report any change of address within 30 days to the United States Attorney's Office while any portion of the restitution remains outstanding.

4. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior written approval of the probation officer.

5. The defendant shall provide the probation officer with access to any requested financial information.

6. The defendant shall pay restitution at a rate of not less than 10 percent of his gross monthly earnings. The first payment shall be due within 30 days from the date of this Judgment.

7. The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, to be approved by the probation officer, until such time as the defendant is released form the program by the Court. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

8. It is further ordered that the defendant shall not intentionally purchase, possess, and/or use any substances designed to simulate or alter in any way the defendant's own urine specimen. In addition, the defendant shall not purchase, possess, and/or use any devices designed to be used for the submission of a third party urine specimen.

9. The defendant shall participate in a mental health assessment and/or treatment program approved by the probation officer, until such time as the defendant is released from the program by the Court. The defendant shall be required to contribute to the costs of services in an amount determined by the Probation Office. These costs shall not exceed the actual cost of the service. The Probation Office is authorized to release the defendant's presentence report to the treatment provider if so requested.

10. The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to 28 C.F.R. § 28.12, the DNA Fingerprint Act of 2005, and the Adam Walsh Child Protection and Safety Act of 2006.

DEFENDANT: Virgilio F. Espin
CASE NUMBER: CR No. 14-137(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 500.00 | $ | $ 10,400 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| 7 11: 650 Clairton Blvd, Pittsburgh, PA 15236 | $20.00 | $20.00 | |
| Alco Parking: 501 Clark Bldg, Pittsburgh, PA 15212 | $20.00 | $20.00 | |
| American Bottling: 125 E Kensinger Dr., Cranberry TWP, PA 16066 | $20.00 | $20.00 | |
| Aramark Consol: 1001 Fifth Avenue, Pittsburgh, PA 15219 | $20.00 | $20.00 | |
| Arbys: 1378 Banksville Rd., Pittsburgh, PA 15216 | $20.00 | $20.00 | |
| Barnes & Noble: 100 West Bridge St., Homestead, PA 15120 | $20.00 | $20.00 | |
| Bed Bath Beyond: 2410 PGA Blvd., Palm Beach Grdns, FL 33410 | $20.00 | $20.00 | |
| Bed Bath Beyond: 7507 McKnight Rd., Pittsburgh, PA 15237 | $300.00 | $300.00 | |
| Big Lots: 1155 Washington Pike, Bridgeville, PA 15017 | $60.00 | $60.00 | |
| Black Dog Ventures: 1000 Airport Blvd., Pittsburgh, PA 15231 | $20.00 | $20.00 | |
| BOA Four Corners: Clermont, FL | $20.00 | $20.00 | |
| Brian Punty | $80.00 | $80.00 | |
| Burger King: 3238 W. US Hwy 90, Lake City, FL 32055 | $20.00 | $20.00 | |
| Burlington Coat Factory: 3000 Mountainview Dr., West Mifflin, PA 15122 | $20.00 | $20.00 | |
| Chadjohn Inc.: 1347 A W Liberty Ave., Pittsburgh, PA 15226 | $40.00 | $40.00 | |

| | | |
|---|---|---|
| Champs: 9703 W Atlantic Blvd., Coral Springs, FL 33071 | $60.00 | $60.00 |
| Champs: Century III Mall, West Mifflin, PA 15123 | $20.00 | $20.00 |
| Charlotte Russe: 1000 Ross Park Dr., Pittsburgh, PA 15237 | $60.00 | $60.00 |
| Citizens Bank: 1000 Ross Park Dr., Pittsburgh, PA 15237 | $40.00 | $40.00 |
| Citizens Bank: 2021 Wharton Sq., Pittsburgh, PA 15203 | $20.00 | $20.00 |
| **TOTALS** | $ $10,400 | $ $10,400 |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the  ☐ fine  ☒ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Virgilio F. Espin
CASE NUMBER: CR No. 14-137(1)

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Cogos: 20 Balley Avenue, Pittsburgh, PA 15211 | $20.00 | $20.00 | |
| Coral Springs PD: Coral Springs, FL | $20.00 | $20.00 | |
| Crimson Creek: 470 Dick Station Rd., Irwin, PA 15642 | $20.00 | $20.00 | |
| Cupcake Boutique: 328 E. Atlantic Ave., Delray Beach, FL 33483 | $20.00 | $20.00 | |
| Darri Cunningham | $20.00 | $20.00 | |
| Denny's: 3716 Parkway, Pigeon Forge, TN 37863 | $20.00 | $20.00 | |
| Dicks Sporting Goods: 301 S. Hills Vlge Mall, Upper St. Clair, PA 15241 | $20.00 | $20.00 | |
| Dicks Sporting Goods: 3075 Clairton Rd., West Mifflin, PA 15123 | $100.00 | $100.00 | |
| Dicks Sporting Goods: 5000 Robinson Ctr. Blvd., Pittsburgh, PA 15205 | $20.00 | $20.00 | |
| Dillards: 8000 W Broward Blvd., Plantation, FL 33388 | $80.00 | $80.00 | |
| Dollar General: Wilton Manors, FL | $20.00 | $20.00 | |
| Drew Thomas Jones | $20.00 | $20.00 | |
| Exxon: 2733 S. Park Rd., Bethel Park, PA 15102 | $40.00 | $40.00 | |
| Finish Line 132: 3075 Clairton Rd., West Mifflin, PA 15123 | $40.00 | $40.00 | |
| First National: 55 Wyoming St., Pittsburgh, PA 15211 | $40.00 | $40.00 | |
| First Niagara Bank, 122 Shiloh St., Pittsburgh, PA 15211 | $20.00 | $20.00 | |
| FL Turnpike MM229: St. Cloud, FL 34769 | $20.00 | $20.00 | |
| Gamestop: 301 Fort Couch Rd., Pittsburgh, PA 15241 | $300.00 | $300.00 | |
| Gamestop: Penn Ave., Pittsburgh, PA 15206 | $200.00 | $200.00 | |
| Gamestop: Carnegie, PA 15205 | $20.00 | $20.00 | |
| Gamestop: Pittsburgh, PA 15205 | $160.00 | $160.00 | |
| Garda: 14240 Palmetto, Miami Lakes, FL 33016 | $20.00 | $20.00 | |
| Garda: 70 33rd St., Pittsburgh, PA 15201 | $520.00 | $520.00 | |
| Getgo: 1636 Clairton Blvd., Pittsburgh, PA 15220 | $40.00 | $40.00 | |
| Getgo: 1636 Cochran Rd., Pittsburgh, PA 15220 | $20.00 | $20.00 | |
| Getgo: 6513 Steubenville Pk., Pittsburgh, PA 15205 | $40.00 | $40.00 | |
| Giant Eagle: 100 Settlers Ridge Ctr., Pittsburgh, PA 15204 | $40.00 | $40.00 | |
| Giant Eagle: 1636 Cochran Rd., Mount Lebanon, PA 15220 | $40.00 | $40.00 | |
| Giant Eagle: Greentree & Cochran Rd., Pittsburgh, PA 15220 | $40.00 | $40.00 | |
| Giant Eagle: 3601 Saw Mill Rd., Pittsburgh, PA 15227 | $20.00 | $20.00 | |
| HMS Host Corp: 5501 Josh Birmingham, Charlotte, NC 28219 | $40.00 | $40.00 | |
| Home Depot: 102 Aldi Dr., North Versailles, PA 15137 | $20.00 | $20.00 | |
| J. Marshall: 1254 Brookline Blvd., Pittsburgh, PA 15226 | $20.00 | $20.00 | |
| JCPenny: 2000 Robinson Ctr., Pittsburgh, PA 15205 | $200.00 | $200.00 | |
| JCPenny: 3075 Clairton Rd., West Mifflin, PA 15122 | $180.00 | $180.00 | |

| | | |
|---|---|---|
| JP Morgan: 370 South Cleveland, Floor 02, Westerville, OH 43081 | $20.00 | $20.00 |
| Kmart: 720 Clairton Blvd., Pleasant Hills, PA 15236 | $20.00 | $20.00 |
| Kmart: Weirton, WV 26062 | $20.00 | $20.00 |
| Kohls: 9911 Mountainview Dr., West Mifflin, PA 15122 | $40.00 | $40.00 |
| Kristian Lehner | $20.00 | $20.00 |
| Liberty Ministries: 565 Main St. PO Box 87, Schwenksville, PA 19473 | $20.00 | $20.00 |
| Longhorn Steakhouse: 410 W. Waterfront Dr., West Homestead, PA 15120 | $80.00 | $80.00 |
| Loomis-Pittsburgh: 1610 Prkwy View Dr., Pittsburgh, PA 15205 | $140.00 | $140.00 |
| Loomis-Rochester: 65 Vantage Point Dr., Rochester, NY 14624 | $20.00 | $20.00 |
| Luisa Collavo | $20.00 | $20.00 |
| Macys: 1004 Ross Park Mall Pittsburgh, PA 15237 | $140.00 | $140.00 |
| Macys: 162 E. Bridge St., Homestead, PA 15120 | $640.00 | $640.00 |
| Macys: 3075 Clairton Rd., West Mifflin, PA 15122 | $220.00 | $220.00 |
| Mark G. Purvis | $20.00 | $20.00 |
| MarMaxx Operating: 1155 Washington Pike, Bridgeville, PA 15017 | $480.00 | $480.00 |
| Marshalls: 1200 Park Manor Blvd., Pittsburgh, PA 15202 | $340.00 | $340.00 |
| Marshalls: 1900 Greentree Rd., Pittsburgh, PA 15220 | $420.00 | $420.00 |
| Marshalls: 954 Freeport Rd., Pittsburgh, PA 15238 | $80.00 | $80.00 |
| McDonalds: 2518 W. Liberty Rd., Pittsburgh, PA 15226 | $20.00 | $20.00 |
| McDonalds: 907 Freeport Rd., Pittsburgh, PA 15215 | $20.00 | $20.00 |
| McDonalds: Snider Highway, Walterboro, SC 29488 | $20.00 | $20.00 |
| Meijer: 29505 Mount Rd., Warren, MI 48092 | $20.00 | $20.00 |
| Michaels: 4801 McKnight Rd., Pittsburgh, PA 15237 | $40.00 | $40.00 |
| Moiks Restaurant: 104 Brownsville Rd., Mt. Oliver, PA 15210 | $40.00 | $40.00 |
| Murrysville Auto: 4765 Old Wm Penn Hghwy, Murrysville, PA 15668 | $20.00 | $20.00 |
| Nanette K. Popp | $20.00 | $20.00 |
| NILU Enterprises: One Hardy Ln., Belle Vernon, PA 15012 | $20.00 | $20.00 |
| Northlake Coffee: 803 Donald Ross Blvd., Juno Beach, FL 33408 | $20.00 | $20.00 |
| Office Depot: 4000 Oxford Dr., Bethel Park, PA 15102 | $20.00 | $20.00 |
| Office Maxx: Washington Pike St. Rd. 50, Bridgeville, PA 15017 | $160.00 | $160.00 |
| Panera Bread: 1900 Greentree Rd., Pittsburgh, PA 15220 | $20.00 | $20.00 |
| Parkhurst Dining Duquesne Univ.: 600 Forbes Ave., Pittsburgh, PA 15282 | $20.00 | $20.00 |
| Pittsburgh Arena: 1320 Centre Ave., Pittsburgh, PA 15219 | $100.00 | $100.00 |
| PNC Bank: 1736 E Carson St., Pittsburgh, PA 15203 | $40.00 | $40.00 |
| PNC Bank: 3701 Saw Mill Run, Pittsburgh, PA 15227 | $20.00 | $20.00 |
| PNC Bank: 4761 Liberty Ave., Pittsburgh, PA 15224 | $20.00 | $20.00 |
| PNC Bank: 5932 Penn Circle S, Pittsburgh, PA 15206 | $20.00 | $20.00 |
| PNC Bank: 70 33rd St., Pittsburgh, PA 15222 | $20.00 | $20.00 |
| PNC Bank: E Carson St., Pittsburgh, PA 15203 | $20.00 | $20.00 |
| Publix Supermkt: 655-C Fairview Rd., Simpsonville, SC 29681 | $20.00 | $20.00 |
| Quality Foods: 3125 Banksville Rd., Pittsburgh, PA 15216 | $20.00 | $20.00 |
| Rachel Olszewski | $20.00 | $20.00 |
| Remo Menswear: 3075 Clairton Rd., West Mifflin, PA 15123 | $20.00 | $20.00 |
| Rite Aid: 201 Grace St., Pittsburgh, PA 15229 | $20.00 | $20.00 |
| Rite Aid: 2501 Banksville Rd., Pittsburgh, PA 15216 | $40.00 | $40.00 |

| | | |
|---|---|---|
| Rivers Casino: 777 Casino Dr., Pittsburgh, PA 15212 | $40.00 | $40.00 |
| Sassy Sensations: Pittsburgh, PA 15241 | $20.00 | $20.00 |
| Sears: 1000 Robinson Ctr. Dr., Pittsburgh, PA 15205 | $680.00 | $680.00 |
| Sears: 9565 W. Atlantic, Coral Springs, FL 33071 | $220.00 | $220.00 |
| Sears: 3075 Clairton Rd., West Mifflin, PA 15123 | $140.00 | $140.00 |
| Shawn Malik II | $20.00 | $20.00 |
| Sheetz: 5400 Campbells Run Rd., Pittsburgh, PA 15205 | $20.00 | $20.00 |
| Shtila Food Makery: Dearborn, MI 48126 | $20.00 | $20.00 |
| Sprint Spectrum: 351 5th Ave., Pittsburgh, PA 15222 | $20.00 | $20.00 |
| St. Joan of Arch Church: 6290 Montour St., South Park, PA 15129 | $20.00 | $20.00 |
| Staples: 999 Freeport Rd., Pittsburgh, PA 15238 | $220.00 | $220.00 |
| Starbucks: 111 Cavasina Dr., Canonsburg, PA 15317 | $20.00 | $20.00 |
| Pennzoil: 3100 Banksville Rd., Pittsburgh, PA 15216 | $80.00 | $80.00 |
| Sunoco: 1020 Mt. Royal Blvd., Pittsburgh, PA 15223 | $20.00 | $20.00 |
| Taco Bell: 1690 Cochran Rd., Pittsburgh, PA 15220 | $20.00 | $20.00 |
| Target: 1717 Lebanon Church Dr., West Mifflin, PA 15122 | $60.00 | $60.00 |
| Target: 4801 McKnight Rd., Pittsburgh, PA 15237 | $20.00 | $20.00 |
| Target: 5001 University Centre Dr., Granville, WV 15220 | $40.00 | $40.00 |
| Target: 550 Grandview Crs. Dr., Gibsonia, PA 15044 | $20.00 | $20.00 |
| TGI Friday: 2800 Oxford Dr., Bethel Park, PA 15102 | $40.00 | $40.00 |
| TJ Maxx: 1600 Park Manor Dr., Pittsburgh, PA 15205 | $140.00 | $140.00 |
| Tmobile: 1610 Robinson Ctr., Pittsburgh, PA 15205 | $20.00 | $20.00 |
| Tri-Entertainment: 1514 E. Carson St., Pittsburgh, PA 15203 | $20.00 | $20.00 |
| Ukani Brothers: 2523 Old Washington, Pittsburgh, PA 15241 | $20.00 | $20.00 |
| United Bank: Wheeling, WV 26003 | $20.00 | $20.00 |
| UPMC Mercy Café: 1400 Locust St., Pittsburgh, PA 15219 | $80.00 | $80.00 |
| US Airways: 1000 Airport Blvd., Pittsburgh, PA 15231 | $220.00 | $220.00 |
| Walgreens: 1741 Washington Rd., Pittsburgh, PA 15241 | $20.00 | $20.00 |
| Walmart: 2200 Washington Pk., Carnegie, PA 15106 | $100.00 | $100.00 |
| Walmart: 230 Moffat St., Carnegie, PA 15106 | $460.00 | $460.00 |
| Walmart: 2351 Century Dr., West Mifflin, PA 15122 | $60.00 | $60.00 |
| Walmart: 877 Freeport Rd., Pittsburgh, PA 15215 | $320.00 | $320.00 |
| Walmart: 900 Summit Ridge Pl., Mt. Pleasant, PA 15656 | $20.00 | $20.00 |
| Walmart: Route 2 I-79, Waynesburg, PA 15370 | $20.00 | $20.00 |
| Walnut Grill: 1595 Washinton Pk., Bridgeville, PA 15017 | $20.00 | $20.00 |
| WF: 1101 Old York Rd., Abington, PA 19001 | $20.00 | $20.00 |
| WF CV Charlotte: 1305 W Wt. Harris Blvd., Charlotte, NC 28262 | $20.00 | $20.00 |
| Williams Sonoma: 327 Northpark Ctr., Dallas, TX 75225 | $20.00 | $20.00 |
| Wine and Spirits: 117 E. Myers Rd., Pittsburgh, PA 15210 | $20.00 | $20.00 |
| Zumiez: Mall at Robinson, Robinson, PA | $100.00 | $100.00 |

- Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

DEFENDANT: Virgilio Frank Espin
CASE NUMBER: CR No. 14-137(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $ __$500.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.